IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

REGINALD HARDY,  )
  )
    Petitioner,  )
  )
v.  ) Civil Action No. 3:14CV748–HEH
  )
HAROLD W. CLARKE,  )
  )
    Respondent.  )

## FINAL ORDER
(Accepting and Adopting Report and Recommendation)

In accordance with the accompanying Memorandum Opinion, it is hereby ordered that:

1. The Report and Recommendation is ACCEPTED and ADOPTED;

2. Hardy's claims and the action are DISMISSED; and,

3. A certificate of appealability is DENIED.

Should Hardy desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal may result in the loss of the ability to appeal.

The Clerk is directed to send a copy of this Memorandum Opinion and Final Order to Hardy.

It is so ORDERED.

                                                         /s/
                                      Henry E. Hudson
Date: Jan. 15 2015             United States District Judge
Richmond, Virginia